UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER TAYLOR,

                          Plaintiff,

          -against-

PRESIDENT JOE BIDEN, ET AL,

                          Defendants.

23-CV-9082 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 8, 2024
          New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge